# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:19-CR-211 RLW |
| v. ) | |
| ) | |
| CHARLES DARIEL GUICE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Nannette A. Baker. On July 29, 2022, Judge Baker filed a Report and Recommendation of United States Magistrate Judge which recommended that Defendant Charles Dariel Guice's Motion to Dismiss the indictment (ECF No. 909) be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

The Court has carefully and independently reviewed the full record. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendation, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [ECF No. 983]

**IT IS FURTHER ORDERED** that Defendant Charles Dariel Guice's Motion to Dismiss the indictment is **DENIED**.   [ECF No. 909]

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of August, 2022.